UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 2:15-cr-124-FtM-38MRM

JERMAINE OTIS DAMPIER

**ORDER**[1]

This matter comes before the Court on the Government's Request for Leave to Dismiss Indictment (Doc. 149) filed on February 10, 2017.  Pursuant to Federal Rule of Criminal Procedure 48(a), the Government requests leave to dismiss the Indictment (Doc. 1) against Defendant Jermaine Otis Dampier with prejudice.  The Court, therefore, grants leave to the Government to dismiss the Indictment.

Accordingly, it is now

**ORDERED:**

(1) The Government's Request for Leave to Dismiss Indictment (Doc. 149) is **GRANTED**.

(2) The Indictment against Jermaine Otis Dampier (Doc. 1) is **DISMISSED with prejudice**.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(3) The United States Marshal is **DIRECTED** to immediately release Defendant from custody on these charges.

(4) The Clerk of Court is **DIRECTED** to terminate any pending motions and hearings and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this February 13, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record